# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10025 Carr v. USA
USDC No. 3:23-CV-2875

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Christina Gardner
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. Brian P. Carr
Mrs. Rueangrong Carr
Mr. Rujipas Lawichai
Mr. Tanapon Lawichai
Mr. George M. Padis
Ms. Tami C. Parker
Mrs. Buakhao Von Kramer